**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JEREMIAH JOSEPH BAUMGARTNER ) | BANKRUPTCY CASE NUMBER 09-14468 |
| KIMBERLY J. BAUMGARTNER ) | CHAPTER 7 |
| ) | |
| DEBTORS.    ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 4    Professional Emergency Physicians    $ 0.98
        Post Office Box 12949
        Fort Wayne, Indiana   46866-2949

    **TOTAL:**   **$ 0.98**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of November, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

    _____/s/ Yvette Gaff Kleven_____
    Yvette Gaff Kleven